UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILFORD WILSON,<br><br>          Petitioner,<br><br>      v.<br><br>LYDIA HENSE, WARDEN,<br><br>          Respondent. | CASE NO. CV 06-2224-FMC (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:    April 24, 2009.

Florence-Marie Cooper

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Order accep r&r.wpd